IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

In re:  * 
\*  Chapter 13
\*
Willis Edwin Woody
Martha G. Woody  *  Case No. 07-70889

## MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

COME NOW the above-mentioned Debtors, by and through their attorney, and file this Motion and show the Court as follows:

1.

On September 18, 2007, Debtors filed a Chapter 13 Bankruptcy.

2.

Debtors own Land and a Mobile Home located in Berrien County; Citizens Bank., holds a valid mortgage on the Land and Mobile Home.

3.

Debtors have a sales contract to sell the Land and Mobile Home for $23,000.00.

WHEREFORE, Debtors pray to the Court that:
(1) Debtors be allowed to sell said property Free and Clear of Liens;
(2) That the Lien of Citizens Bank be paid full at amount of debt;
(3) The Debtors be allowed to keep proceeds to extent of exemptions.
(4) Any such other and further relief as the Court deems just and proper.

/s/ William Woodall
William Woodall, Attorney for Debtors

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                  * Chapter 13
                                        *
Willie Edwin Woody                      * Case No. 07-70889
Martha G. Woody                         *
    Debtors.                            *
                                        *

## NOTICE

The Debtor(s) in the above captioned case having filed a Motion to Sell Property Free and Clear of all Liens with the Court.

<u>YOUR RIGHTS MAY BE AFFECTED.</u> YOU SHOULD READ THESES PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

If you do not want the court to grant the Motion to Sell Property Free and Clear of all Liens or if you want the Court to consider your views on the Motion to Sell Property Free and Clear of all Liens, then you or your attorney must file with the Court a written request to the United States Bankruptcy Court for the Middle District of Georgia P.O. Box 2147 Columbus, GA 31902 (706) 649-7837 for a hearing on or before January 8, 2010 (the twentieth (20th) day after the date of this notice) and must serve a copy of said objection upon the attorney for the Debtor(s), and a copy upon the Trustee.

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any request for a hearing must also be mailed to the moving party and upon all other persons indicated on the certificate of service attached to this pleading.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

If any objections are filed, a hearing will be held on January 27th, 2010 at 8:30 a.m. in the United States Courthouse and Post Office Building, N. Patterson Street Valdosta, GA 31601.

## CERTIFICATE OF SERVICE

I certify that I have, this 15th day of December, 2009, served a copy of the foregoing Notice and Motion to Sell Property Free and Clear of all Liens on Kristin Hurst, Chapter 13 Trustee, P.O. Box 1907, Columbus, GA 31902-1907; on Willis & Martha Woody 189 Woody Farm Road Nashville, GA 31639 and on each and every creditor listed on the attached mailing matrix by depositing the same in the U.S. Mail in a properly addressed envelope with first class postage affixed thereon to insure delivery.

/s/ William Woodall
William Woodall, Attorney for Debtors

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043

```
Label Matrix for local noticing          Farmers Furniture                    First Franklin Financial Corp.
113G-7                                    ATTN CORPORATE CREDIT                c/o David M. Wolfson, P.C.
Case 07-70889                             PO BOX 1140                          1010 Williams Street
Middle District of Georgia                DUBLIN, GA 31040-1140                Valdosta, GA 31601-4039
Valdosta
Tue Dec 15 15:29:22 EST 2009

The Citizens Bank                         (p)W S BADCOCK                       7
c/o W. Cavan Perry                        P O BOX 232                          901 Front Avenue
Studstill & Perry, LLP                    MULBERRY FL                          P.O. Box 2147
P.O. Box 647                              33860-0232                           Columbus, GA 31902-2147
Nashville, TN 31639-0647

CBV Collections                           Citifinancial                        Citizens Bank
P.O. Box 867                              111 B Old Quitman Road               301 South Davis Street
1515 N. Ashley St. , Ste. N               Adel, GA 31620-5173                  Nashville, GA 31639-2117
Valdosta, GA 31602-3371


Citizens Bank                             Credit Bureau Assoc. of Tifton       Direct Merchants Bank
c/o John E. Dalton, Jr.                   321 Main St.                         c/o Frederick J. Hanna Associates
P.O. Box 1807                             Tifton, GA 31794-4897                1427 Roswell Road
Valdosta, GA 31603-1807                                                        Marietta, GA 30062-3668


Dr. Edward J. Fricker                     Farmers Furniture                    Farmers Furniture
3207 Country Club Drive                   Attn; Corp. Credit                   P.O. Box 1140
Valdosta, GA 31605-1029                   P.O. Box 1140                        Dublin, GA 31040-1140
                                          Dublin,GA 31040-1140


Farmers Furniture-Nashville               First Franklin                       First Franklin Financial Corp.
Attn: Corp. Credit                        708 Tifton Road                      P.O. Box 67
P.O. Box 1140                             Nashville, GA 31639-3712             Nashville, Georgia 31639-0067
Dublin, GA 31040-1140


LVNV Funding LLC its successors and assigns   Nashville Credit Union           Personal Finance
assignee of CitiFinancial                 902 S. Davis St.                     203 East McPherson Street
Resurgent Capital Services                Nashville, GA 31639-2602             Nashville, GA 31639-2249
PO Box 10587
Greenville, SC 29603-0587


Personal Finance Service                  Preferred Credit                     Rebecca Browning
P.O. Box 666                              P O Box 1679                         115 Woody Farm Road
203 E McPherson Ave                       Saint Cloud, MN 56302-1679           Nashville, GA 31639-9050
Nashville, Ga 31639-2249


Rebecca Browning and                      Roundup Funding, LLC                 South Georgia Medical Center
William Martin Browning                   MS 550                               P.O. Box 0070
Route 1, Box 2195                         PO Box 91121                         Valdosta, GA 31603-0070
Naylor, Georgia  31641                    Seattle, WA 98111-9221


The Citizens Bank                         TitleMax Corporate Office            Martha G. Woody
c/o W. Cavan Perry                        15 Bull Street                       189 Woody Farm Road
Studstill & Perry, LLP                    Suite 200                            Nashville, GA 31639-9050
P.O. Box 647                              Savannah, GA 31401-2686
Nashville, GA 31639-0647
```

Trustee Kristin Hurst  
P.O. Box 1907  
Columbus, GA 31902-1907

William O. Woodall  
Woodall and Woodall  
P.O. Box 3335  
1003 Patterson Street  
Valdosta, GA 31601-3918

Willis Edwin Woody  
189 Woody Farm Road  
Nashville, GA 31639-9050

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

W. S. Badcock, Corp.  
P. O. Box 232  
Mulberry, FL 33860

(d)Badcock  
P.O. Box 497  
Mulberry, FL 33860

(d)W. S. Badcock, Corp.  
P. O. Box 232  
Mulberry, Fl. 33860

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     0  
Total                  32